THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AKIDO STICATTO, Appellant. [718 NYS2d 197] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lipp, J.), rendered September 19, 1996, convicting him of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant has not preserved for appellate review his

challenges to the prosecutor's summation because he either failed to object, to seek curative instructions, or to move for a mistrial (*see, People v Rivera,* 73 NY2d 941; *People v Balls,* 69 NY2d 641). In any event, the prosecutor's comments made during summation did not exceed the broad bounds of rhetorical comment permissible in closing argument (*see, People v Galloway,* 54 NY2d 396).

There was no violation of CPL 310.10 (*see, People v Fernandez,* 81 NY2d 1023).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Santucci, J. P., Sullivan, Altman and Krausman, JJ., concur.